IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE WILSON,

     Plaintiff,

v.                                   Case No. 1:17cv283-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

     Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is **AFFIRMED** and judgment entered for Defendant. The request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 4, 2018.**

                                        s/ MARK E. WALKER
                                        Chief United States District Judge